Kelly Dove, Esq.
Nevada Bar No. 10569
Kiah D. Beverly-Graham, Esq.
Nevada Bar No. 11916
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy, #1100
Las Vegas, Nevada 89169
Telephone: 702-784-5200
Facsimile: 702-784-5252
Email: kdove@swlaw.com
       kbeverly@swlaw.com

*Attorneys for Defendant*
*Wells Fargo Home Mortgage*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MILAN DOBRIJEVICH,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, EQUIFAX INFORMATION SERVICES LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-00670-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO JUNE 1, 2018**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff Milan Dobrijevich ("Plaintiff") and Defendant Wells Fargo Home Mortgage ("Wells Fargo" and together with Plaintiff the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiff filed a Complaint (the "Complaint") in this Court on April 14, 2018;

Wells Fargo was served with the Complaint on April 26, 2018;

Wells Fargo's deadline to respond to the Complaint is currently May 16, 2018; and

This is the Parties' first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give Wells Fargo time to evaluate and respond to the allegations set forth in the Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for Wells Fargo to respond to the Complaint in this action is extended to and through June 1, 2018.

Dated: May 9, 2018.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Michael Kind*
    Michael Kind, Esq.
    6069 S. Fort Apache Rd. Suite 100
    Las Vegas, NV 89148
    *Attorneys for Plaintiff*
    *Milan Dobrijevich*

Dated: May 9, 2018.

**SNELL & WILMER L.L.P.**

By: */s/ Kiah D. Beverly-Graham*
    Kelly Dove, Esq.
    Kiah D. Beverly-Graham, Esq.
    3883 Howard Hughes Pkwy, #1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant Wells Fargo Home Mortgage*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 10, 2018