Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
baustin@swlaw.com

*Attorneys for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MILAN DOBRIJEVICH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE;<br>EQUIFAX INFORMATION SERVICES LLC;<br>and EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No. 2:18-cv-00670-RFB-CWH<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(SECOND REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond **June 12, 2018**. The parties are in the midst of settlement negotiations, and they need additional time to determine if the case can be resolved short of litigation. The request was made by Equifax, and Plaintiff approves.

///

///

///

This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 30th day of May, 2018

SNELL & WILMER LLP

By: /s/ *Bradley Austin*
Bradley T. Austin
Nevada Bar No. 13064
3883 Howard Hughes Pkwy, Suite 1100
Fax: 702-784-5252
Email: baustin@swlaw.com
*Attorneys for Defendant*
*Equifax Information Services LLC*

***No opposition***

/s/ *Michael Kind*
Michael Kind, Esq.
6069 S. Fort Apache Road, Suite 100
Las Vegas, NV 89148
Email: mkind@kazlg.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: May 31, 2018

4837-3995-0170

- 2 -