Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Milan Dobrijevich*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Milan Dobrijevich,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Home Mortgage, et al,<br><br>Defendants. | Case No. 2:18-cv-00670-RFB-CWH<br><br>**Stipulation of Dismissal of Experian Information Solutions Inc.** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Milan Dobrijevich ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 10th day of September 2018.

| **KAZEROUNI LAW GROUP, APC** | **NAYLOR & BRASTER** |
|---|---|
| By: /s/ Michael Kind <br> Michael Kind, Esq. <br> 6069 S. Fort Apache Rd., Ste 100 <br> Las Vegas, NV 89148 <br> *Attorneys for Plaintiff* | By: /s/ Jennifer L. Braster <br> Andrew J. Sharples, Esq. <br> Jennifer L. Braster, Esq. <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> *Attorneys for Experian Information Solutions, Inc.* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Dated: September 12, 2018

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 10, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148