Michael Kind, Esq.
Nevada Bar No.: 13903
**Kazerouni Law Group, APC**
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**Haines & Krieger, LLC**
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorneys for Plaintiff Milan Dobrijevich*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Milan Dobrijevich,<br><br>          Plaintiff,<br><br>v.<br><br>Wells Fargo Home Mortgage, Equifax Information Services LLC and Experian Information Solutions, Inc.,<br><br>          Defendants. | Case No. 2:18-cv-00670-RFB-CWH<br><br>**Stipulation of Dismissal of Equifax Information Services LLC** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Milan Dobrijevich ("Plaintiff") and Defendant Equifax Information Services LLC ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant only in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 30th day of October 2018.

| KAZEROUNI LAW GROUP, APC | SNELL & WILMER LLP |
|---|---|
| By: /s/ Michael Kind<br>Michael Kind, Esq.<br>6069 S. Fort Apache Rd., Ste 100<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiff* | By: /s/ Bradley T Austin<br>Bradley T Austin, Esq.<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>*Attorneys for Equifax Information Services LLC* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court
Dated: October 31, 2018.

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on October 30, 2018, the foregoing Stipulation was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 S. Fort Apache Rd., Ste. 100
Las Vegas, NV 89148